ACCEPTED
01-15-00224-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/15/2015 6:42:14 PM
CHRISTOPHER PRINE
CLERK

**CASE NO: 01-15-00224-CV**

**IN THE 1st COURT OF APPEALS**

**AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/15/2015 6:42:14 PM
CHRISTOPHER A. PRINE
Clerk

**TODD DAVID ROGERS , APPELLANT**

**V.**

**GINA MARIE ROGERS, APPELLEE**

**From the 434TH  District Court**

**Trial Court Case number 12-DCV-199022**

**Fort Bend County, Texas**

**APPELLANT'S REQUEST TO ABATE**

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Appellant's Counsel respectfully requests that the Court to enter an order abating the pending appeal and in support of that request would show unto this Court as follows:

**I.**

Appellant filed Notice of Appeal on the day before the case was set for entry of judgment in the trial court. On the day in question the final decree of divorce was not entered or signed by the court. The proceeding were reset to another date for entry and due to unforeseen circumstances that entry also did not occur. The case was then reset to April 17th, 2015 for the entry of a final judgement but unfortunately that entry date was also reset to May 15th, 2015.

**II.**

As a result of the above described issues a final appealable judgment has not been entered by the trial court at this time. Appellant reasonably anticipated the entry of the judgement based upon the trial court's rendition but to date the judgment is not final. It is Appellant's belief that upon entry of the final judgment he will be seeking immediate temporary relief from this court and as a result of that concern, is requesting that this honorable court abate this pending appeal pending the entry of a final judgement.

**V. CONCLUSION**

For the reasons stated above, Appellant respectfully requests that this court enter an order abating this appeal pending further notice from the parties and action from the trial court.

Respectfully Submitted,
The Mahoney Law Firm
3668 Burke
Pasadena, Texas 77504
Phone 281-998-9450
Fax 281-998-9430
E-Mail trip888@aol.com

/s/ Walter P. Mahoney Jr.
Walter P. Mahoney Jr.
Attorney for Appellant

## CERTIFICATE OF CONFERENCE

I Walter P. Mahoney Jr. do hereby certify that on the 15th day of April I forwarded the foregoing Motion to Marlene Zinsmeister to attempt to resolve this issue. Marlen Zinsmeister has not yet advised me of her position. As soon as she does that information will be provided to this Court.

/s/Walter P. Mahoney Jr.

Walter P. Mahoney Jr.

## CERTIFICATE OF SERVICE

I, Walter P. Mahoney Jr. do hereby certify that a copy of the foregoing Motion was duly and properly served upon opposing counsel on the 15th day of April both before and after it was filed. In addition I made phone calls to his office to seek her position.

/s/ Walter P. Mahoney Jr.

Walter P. Mahoney Jr.